# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Goderick Villadelgado,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Gregory Burks,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00408-CDS-DJA<br><br>**Report and Recommendation** |

On March 15, 2023, Plaintiff filed initiating documents without paying the filing fee or applying to proceed *in forma pauperis.* (ECF No. 1). The Court thus gave Plaintiff an opportunity to file an application to proceed *in forma pauperis* or pay the filing fee on or before April 17, 2023. (ECF No. 3). In that order, the Court informed Plaintiff that "if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **April 17, 2023**, the Court will recommend dismissal of this action." (*Id.*). To date, the Court has not received a filing fee, application, or any other filing from Plaintiff.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be **dismissed.**

### NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 14, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE