UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Goderick Villadelgado,

        Plaintiff

v.

Gregory Burks,

        Defendant

Case No. 2:23-cv-00408-CDS-DJA

**Order Adopting Magistrate Judge's Report & Recommendation and Closing Case**

[ECF No. 4]

Magistrate Judge Daniel J. Albregts issued a Report and Recommendation (R&R) recommending that I dismiss this action based on pro se plaintiff Goderick Villadelgado's failure to file an in forma pauperis application or timely pay the full filing fee. R&R, ECF No. 4. Under this district's local rules, the deadline for Villadelgado to object to the R&R was June 28, 2023. *See* LR IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days). As of the date of this order, Villadelgado has neither objected to the R&R, nor has he requested more time to do so. Accordingly, with no objection filed, I adopt the magistrate judge's R&R in its entirety. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed Judge Albregts' R&R and agree with his findings.

      IT IS THEREFORE ORDERED that Magistrate Judge Albregts' R&R **[ECF No. 4] is ADOPTED** in its entirety. This case is dismissed without prejudice, and the Clerk of Court is instructed to CLOSE THIS CASE.

      DATED July 3, 2023

_____
Cristina D. Silva
United States District Judge